FILED: JULY 24, 2008
08CV4214
JUDGE DOW, JR.
MAGISTRATE JUDGE COLE
EDA

# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**
Chicago Police Sergeants Association, an Illinois not for profit corporation, Sergeant Lisa Price, an individual, and Sergeant Richard Wiser, an individual

**DEFENDANTS**
City of Chicago, a Municipal Corporation

**(b)** County of Residence of First Listed Plaintiff: Cook
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Cook
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Connelly Roberts & McGivney LLC
55 W. Monroe Street, Suite 1700
Chicago, IL 60603 (312-251-9600)

Attorneys (If Known)

## II. BASIS OF JURISDICTION
[X] 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
(For Diversity Cases Only)

## IV. NATURE OF SUIT
[X] 790 Other Labor Litigation

## V. ORIGIN
[X] 1 Original Proceeding

## VI. CAUSE OF ACTION
Violation of the Shakman Decree; Civil Action No. 69 C 2145

## VII. PREVIOUS BANKRUPTCY MATTERS

## VIII. REQUESTED IN COMPLAINT:
DEMAND $
JURY DEMAND: [X] No

**IX.** This case [X] is not a refiling of a previously dismissed action.
[ ] is a refiling of case number _____, previously dismissed by Judge _____

DATE: 7-24-08
SIGNATURE OF ATTORNEY OF RECORD: [signature]