FILED: JULY 24, 2008
Case 1:08-cv-04214   Document 3   Filed 07/24/2008   Page 1 of 1
08CV4214
JUDGE DOW, JR.
MAGISTRATE JUDGE COLE
EDA

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Chicago Police Sergeants Association, an Illinois not for profit corporation, Sergeant Lisa Price, an individual, and Sergeant Richard Wiser, an individual<br>v.<br>City of Chicago, a Municipal Corporation | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Chicago Police Sergeants Association, an Illinois not for profit corporation, Sergeant Lisa Price, an individual, and Sergeant Richard Wiser, an individual

| | |
|---|---|
| NAME (Type or print)<br>Matthew P. Connelly | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Matthew P. Connelly | |
| FIRM<br>Connelly, Roberts & McGivney LLC | |
| STREET ADDRESS<br>55 W. Monroe Street, Suite 1700 | |
| CITY/STATE/ZIP<br>Chicago, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6229052 | TELEPHONE NUMBER<br>312-251-9600 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✔  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ✔ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |