FILED: JULY 24, 2008
08CV4214
JUDGE DOW, JR.
MAGISTRATE JUDGE COLE
EDA

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                      Case Number:

CHICAGO POLICE SERGEANTS ASSOCIATION an Illinois not for profit corporation SERGEANT LISA PRICE, an individual, SERGEANT RICHARD WISER, an individual,
v.
CITY OF CHICAGO, a Municipal Corporation

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

CHICAGO POLICE SERGEANTS ASSOCIATION an Illinois not for profit corporation SERGEANT LISA PRICE, an individual, SERGEANT RICHARD WISER, an individual

| NAME (Type or print) |
|---|
| Jeffrey J. Scolaro |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Jeffrey J. Scolaro |

| FIRM |
|---|
| Connelly Roberts & McGivney LLC |

| STREET ADDRESS |
|---|
| 55 W. Monroe Street, Suite 1700 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 227232 | 312-251-9600 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ NO ✔ |
|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ NO ✔ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ NO ✔ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐