## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: | 08 C 4214 |
|---|---|---|

**Chicago Police Sergeants Association, et al. v City of Chicago**

### AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY

**City of Chicago**

| NAME (Type or print) |
|---|
| Jay M. Kertez |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/Jay M. Kertez |

| FIRM  City of Chicago, Corporation Counsel |
|---|

| STREET ADDRESS  30 N. LaSalle St., Suite 1020 |
|---|

| CITY/STATE/ZIP  Chicago, IL 60602 |
|---|

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06190478 | 312-744-9212 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ■ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ■ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ■ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | YES ■ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐